# 23-1169

## UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

**MARK KIM GASKILL; JOHN JOSEPH HANLON; KURT CHARLES JACKSON; BART STEVEN KAPLOW; JASON HARRY KURCHNER; SCOTT SHULMAN; RONALD ROY WETZEL,**

Petitioners,

v.

**SECURITIES AND EXCHANGE COMMISSION,**

Respondent.

On Petition for Review of an Order of the
Securities and Exchange Commission

## CERTIFICATE LISTING AND DESCRIBING THE DOCUMENTS, TRANSCRIPTS OF TESTIMONY, EXHIBITS AND OTHER MATERIALS IN THE RECORD BEFORE THE SECURITIES AND EXCHANGE COMMISSION

Pursuant to Section 25(a)(2) of the Securities Exchange Act of 1934, 15 U.S.C. §78y(a)(2), and Rule 17 of the Federal Rules of Appellate Procedure, the Securities and Exchange Commission certifies that the documents, transcripts of testimony, exhibits and other materials set forth below comprise the record, as that term is defined in the Commission's rules, *see* 17 C.F.R. §201.460(a)(2), on which the order under review was entered.

ADMINISTRATIVE RECORD AS TO PETITIONER MARK KIM GASKILL
**(Administrative Proceeding File 3-20205; later consolidated with Administrative Proceeding File 3-18877)**

1.  Joint notice of waiver of paper service; filed 12 January 2021

2.  Application by Mark Kim Gaskill seeking Securities and Exchange Commission review of FINRA determination denying arbitration forum for expungement of Occurrence Number 1574632 from Gaskill's FINRA Central Registration Depository system record; filed 13 January 2021.

3.  Notice of appearance of counsel on behalf of Gaskill; filed 13 January 2021.

4.  Letter from the Commission acknowledging receipt of Gaskill application for review of FINRA determination; filed 15 January 2021.

5.  Certified Record and Index of Gaskill's proceedings before FINRA; filed 27 January 2021 (contents listed below):

    a.  Gaskill's statement of claim against MKG Financial Group, Inc.; dated 8 September 2020

    b.  Gaskill's FINRA arbitration submission agreement; dated 8 September 2020

    c.  FINRA Office of Dispute Resolution claim information tracking for regarding claim filed by Gaskill; dated 8 September 2020

    d.  Gaskill's amended statement of claim against MKG Financial Group, Inc.; dated 1 October 2020

    e.  Proof of service for Gaskill's amended statement of claim; dated 1 October 2020

f.  Letter from FINRA requesting additional information regarding Gaskill's amended statement of claim; dated 9 December 2020

g.  Gaskill's second amended statement of claim against MKG Financial Group, Inc.; dated 18 December 2020

h.  Order of FINRA Office of Dispute Resolution denying forum for arbitration; dated 18 December 2020

i.  Joint notice of waiver of paper service; dated 12 January 2021

j.  Gaskill's application for Securities and Exchange Commission review of FINRA determination denying arbitration forum and notice of appearance; filed 13 January 2021

k.  Letter from the Commission acknowledging receipt of Gaskill's application for review of FINRA determination; filed 15 January 2021

l.  Snapshot of Central Registration Depository system information for Gaskill; dated 19 January 2021

6.  Unopposed motion by FINRA to consolidate, *inter alia*, Gaskill's application for Commission review with other previously consolidated applications for Commission review involving common questions of law and fact, and postpone briefing; filed 3 February 2021

7.  Commission order requesting additional briefing on whether to consolidate, *inter alia*, Gaskill's application for Commission review with other previously consolidated applications for Commission review involving common questions of law and fact; issued 9 February 2021

8.  Commission order consolidating, *inter alia*, Gaskill's application for Commission review with other previously consolidated applications

for Commission review presenting the same fact pattern and legal issues and postponing briefing of Gaskill's application pending resolution of the already-briefed consolidated applications; issued 11 March 2021

9.   Notice of representation filed by FINRA pursuant to Commission Rule of Practice 102(d)(2); filed 19 April 2021

10.   Commission order severing proceedings (3-19228, 3-19588) concerning applications by individuals not at issue in this matter; issued 9 September 2021

11.   Motion by FINRA to consolidate additional proceeding (3-20621) concerning application by individual not at issue in this matter; filed 21 October 2021

12.   Motion by FINRA to consolidate additional proceeding (3-20631) concerning application by individual not at issue in this matter; filed 3 November 2021

13.   Commission order consolidating additional proceeding (3-20620) concerning application by individual not at issue in this matter; issued 8 November 2021

14.   Commission order consolidating additional proceeding (3-20621) concerning application by individual not at issue in this matter; issued 19 November 2021

15.   Commission order extending time to issue decision; issued 15 March 2022

16.   Motion by FINRA to consolidate proceeding (3-20819) concerning application for Commission review filed by individual not at issue in this matter and to postpone briefing; filed 22 April 2022

17.   Commission order extending time to issue decision; issued 13 June 2022

18. Notice of substitution of counsel on behalf of consolidated applicants; filed 29 June 2022

19. Commission order extending time to issue decision; issued 12 July 2022

20. Unopposed motion by consolidated applicant not at issue in this matter (3-19405) to correct the record; filed 21 July 2022

21. Commission order extending time to issue decision; issued 12 August 2022

22. Commission order extending time to issue decision; issued 13 September 2022

23. Motion by FINRA to consolidate proceeding (3-21073) concerning application for Commission review filed by individual not at issue in this matter and to postpone briefing; filed 26 September 2022

24. Notice of appearance of new counsel on behalf of consolidated applicants; issued 30 September 2022

25. Commission order extending time to issue decision; issued 12 October 2022

26. Commission order denying FINRA motion to consolidate proceeding (3-21073) concerning application by individual not at issue in this matter; issued 28 October 2022

27. Commission order extending time to issue decision; issued 14 November 2022

28. Commission order extending time to issue decision; issued 14 December 2022

29. Commission order extending time to issue decision; issued 13 January 2023

30.    Commission order extending time to issue decision; issued 13
       February 2023

31.    Commission order extending time to issue decision; issued 14 March
       2023

32.    Commission opinion and order dismissing seventeen consolidated
       applications for Commission review of FINRA arbitration
       determination and remanding six proceedings; issued 4 April 2023

### ADMINISTRATIVE RECORD AS TO PETITIONER JOHN JOSEPH HANLON, IV (Administrative Proceeding File 3-20499; later consolidated with Administrative Proceeding File 3-18877)

33.    Application by John Joseph Hanlon, IV, seeking Securities and
       Exchange Commission review of FINRA determination denying
       arbitration forum for expungement of Occurrence Numbers 93174,
       93177, 93180, 132896, and 1155022 from Hanlon's Central Registration
       Depository system record; filed 27 August 2021

34.    Notice of appearance of counsel on behalf of Hanlon; filed 27 August
       2021

35.    Notice of appearance of counsel on behalf of FINRA; filed 2
       September 2021

36.    Letter from the Commission acknowledging receipt of Hanlon's
       application for Commission review of FINRA determination; filed 2
       September 2021

37.    Unopposed motion by FINRA to consolidate, *inter alia*, Hanlon's
       application for Commission review with other previously
       consolidated applications for Commission review presenting the
       same fact pattern and postpone briefing; filed 10 September 2021

38.  Commission order consolidating, *inter alia*, Hanlon's application for Commission review with other previously consolidated applications for Commission review presenting common issues of law and fact and postponing briefing of Hanlon's application pending resolution of the already-briefed consolidated applications; issued 6 October 2021

39.  Certified Record and Index of Hanlon's proceedings before FINRA; filed 6 October 2021 (contents listed below):

   a.  NASD arbitration award number 90-01829; dated 5 April 1991

   b.  Hanlon's statement of claim against UBS Financial Services, Inc.; dated 10 August 2021

   c.  Order of FINRA Office of Dispute Resolution partially denying forum for arbitration; dated 11 August 2021

   d.  Hanlon's amended statement of claim against UBS Financial Services, Inc.; dated 18 August 2021

   e.  Notice from FINRA Office of Dispute Resolution to UBS Financial Services Inc. regarding claim notification; dated 19 August 2021

   f.  Notice from FINRA Office of Dispute Resolution to UBS Financial Services Inc. regarding Hanlon's 10 August 2021 statement of claim; dated 19 August 2021

   g.  Notice from FINRA Office of Dispute Resolution to UBS Financial Services Inc. regarding Hanlon's 18 August 2021 amended statement of claim; dated 19 August 2021

   h.  Hanlon's application for Commission review of FINRA determination denying arbitration forum and notice of appearance; filed 27 August 2021

     i.   Snapshot of Central Registration Depository system information for Hanlon; dated 1 September 2021

     j.   Notice of appearance of counsel on behalf of FINRA; dated 2 September 2021

40.   Commission order consolidating additional proceeding (3-20620) concerning application by individual not at issue in this matter; issued 8 November 2021

41.   Commission order consolidating additional proceeding (3-20621) concerning application by individual not at issue in this matter; issued 19 November 2021

42.   Commission order extending time to issue decision; issued 15 March 2022

43.   Motion by FINRA to consolidate proceeding (3-20819) concerning application for Commission review filed by individual not at issue in this matter and to postpone briefing; filed 22 April 2022

44.   Commission order extending time to issue decision; issued 13 June 2022

45.   Notice of substitution of counsel for consolidated applicants; filed 29 June 2022

46.   Commission order extending time to issue decision; issued 12 July 2022

47.   Unopposed motion by consolidated applicant not at issue in this matter (3-19405) to correct the record; filed 21 July 2022

48.   Commission order extending time to issue decision; issued 12 August 2022

49.   Commission order extending time to issue decision; issued 13 September 2022

50.   Motion by FINRA to consolidate proceeding (3-21073) concerning application for Commission review filed by individual not at issue in this matter and to postpone briefing; filed 26 September 2022

51.   Notice of appearance of new counsel on behalf of consolidated applicants; issued 30 September 2022

52.   Commission order extending time to issue decision; issued 12 October 2022

53.   Commission order denying FINRA motion to consolidate proceeding (3-21073) concerning application by individual not at issue in this matter; issued 28 October 2022

54.   Commission order extending time to issue decision; issued 14 November 2022

55.   Commission order extending time to issue decision; issued 14 December 2022

56.   Commission order extending time to issue decision; issued 13 January 2023

57.   Commission order extending time to issue decision; issued 13 February 2023

58.   Commission order extending time to issue decision; issued 14 March 2023

59.   Commission opinion and order dismissing seventeen consolidated applications for Commission review of FINRA arbitration determination and remanding six proceedings; issued 4 April 2023

### Administrative Record as to Petitioner Kurt Charles Jackson
**(Administrative Proceeding File 3-18910; later consolidated with Administrative Proceeding File 3-18877)**

60.  Application by Kurt Charles Jackson seeking Securities and Exchange Commission review of FINRA determination denying arbitration forum for expungement of Occurrence Numbers 1135499 and 318971 from Hanlon's Central Registration Depository system record; filed 12 November 2018

61.  Notice of appearance of counsel on behalf of Jackson; filed 12 November 2018

62.  Letter from the Commission acknowledging receipt of Jackson's application for Commission review of FINRA determination; filed 3 December 2018

63.  Certified Record and Index of Jackson's proceedings before FINRA; filed 20 December 2018 (contents listed below):

   a.  Jackson's statement of claim against Merrill Lynch, Pierce Fenner & Smith Inc.; dated 28 March 2018

   b.  Answer of Merrill Lynch; dated 28 June 2018

   c.  Jackson's notice of request for arbitration with a telephonic expungement hearing; dated 2 July 2018

   d.  Jackson's submission of expungement hearing exhibits; dated 31 August 2018

   e.  Letter from Jackson's counsel to claimant against Jackson notifying of claim expungement proceedings; dated 9 October 2018

f.  Letter from Jackson's counsel to claimant against Jackson notifying of claim expungement proceedings; dated 9 October 2018

g.  Letter from Jackson's counsel to claimant against Jackson notifying of claim expungement proceedings; dated 9 October 2018

h.  Notice of substitution of counsel for Jackson; dated 31 October 2018

i.  Order of FINRA Office of Dispute Resolution partially denying forum for arbitration; dated 8 November 2018

j.  Jackson's application for Commission review of FINRA order partially denying forum for arbitration; dated 12 November 2018 (received 12 December 2018)

k.  Letter from the Commission acknowledging receipt of Jackson's application for Commission review of FINRA determination; filed 3 December 2018

l.  Email from Alan Lawhead of FINRA to counsel for Jackson requesting copy of Jackson's application for Commission review of FINRA order partially denying forum for arbitration; dated 6 December 2018

m. Letter from Megan Rauch of FINRA requesting service of Jackson's application for Commission review of FINRA order partially denying forum for arbitration; dated 11 December 2018

n.  Snapshot of Central Registration Depository system information for Jackson; dated 12 December 2018

o.  Arbitration award in the matter of *David DiRusso and David DiRusso c/f Gavin DiRusso (Claimants) v. Merrill Lynch, Pierce*

11

> *Fenner & Smith Inc.*, FINRA Arbitration No. 03-01513; dated 21
> October 2004

64.  Commission order that parties address issue of Commission's
jurisdiction under Section 19(d) of the Securities Exchange Act of
1934 over applications under review, and setting briefing schedule;
dated 30 January 2019

65.  Motion by FINRA seeking to expedite review of application of Bart
Steven Kaplow and stay review of proceedings of other pending
applications containing common issues of law and fact so that the
Commission may determine whether it possesses jurisdiction under
Exchange Act Section 19(d); filed 31 January 2019

66.  Response by Jackson to FINRA's motion to expedite review of
Kaplow's application and stay review proceedings of other pending
applications; filed 5 February 2019

67.  Brief by Jackson on Commission's jurisdiction under Section 19(d) of
the Exchange Act; filed 28 February 2019

68.  Letter from Deputy Secretary of the Commission to listed counsel for
Jackson seeking confirmation of attorney-client relationship; dated 13
March 2019

69.  Response from Jackson to Deputy Secretary's 13 March 2019 request;
dated 27 March 2019

70.  Response by FINRA to Jackson's initial brief on the issue of the
Commission's jurisdiction under Exchange Act Section 19(d); filed 1
April 2019

71.  Commission order consolidating proceedings (3-18877, 3-18879, 3-
18883, 3-18894, 3-18910, 3-18919, 3-18934, 3-18988, 3-19013, 3-19016, 3-
19017, 3-19019) involving common issues of law and fact for
purposes of a decision on the Commission's jurisdiction based on the

briefing in the proceedings involving Bart Steven Kaplow; issued 4 April 2019

72. Commission order consolidating additional proceedings (3-18616, 3-18617) involving common issues of law and fact for purposes of a decision on the Commission's jurisdiction based on the briefing in the proceedings involving Bart Steven Kaplow; issued 17 May 2019

73. Motion by FINRA to consolidate six additional proceedings (3-19219, 3-19228, 3-19405, 3-19573, 3-19574, 3-19588) with the now-consolidated proceedings because they involve common issues of law and fact for purposes of a decision on the Commission's jurisdiction based on the briefing in the proceedings involving Bart Steven Kaplow; filed 11 July 2019

74. Commission order consolidating six additional proceedings (3-19219, 3-19228, 3-19405, 3-19573, 3-19574, 3-19588) with the now-consolidated proceedings because they involve common issues of law and fact for purposes of a decision on the Commission's jurisdiction based on briefing in the proceedings involving Bart Steven Kaplow; issued 25 November 2019

75. Commission order finding that it possesses jurisdiction over the consolidated applications, ordering that, given the commonality in law and fact between them, the applications will remain consolidated for purpose of resolving the underlying merits, and setting a briefing schedule; issued 6 August 2020

76. Commission order consolidating an additional proceeding (3-19611) regarding application containing common issues of law and fact for resolution on the merits; issued 19 August 2020

77. Opening joint brief by consolidated applicants; filed 4 September 2020

13

78. Supplemental opening brief by consolidated applicant (3-19611) not at issue in this matter; filed 18 September 2020

79. Unopposed motion by FINRA for extension of time to file opposition brief; filed 21 September 2020

80. Commission order granting FINRA motion for extension of time to file opposition brief; issued 21 September 2020

81. Opposition brief to consolidated applicants' opening brief; filed 26 October 2020

82. Unopposed motion by consolidated applicants seeking to extend time to file reply brief in support of their application for review; 4 November 2020

83. Commission order granting unopposed motion by consolidated applicants; issued 5 November 2020

84. Reply brief by consolidated applicants; filed 16 November 2020

85. Commission order consolidating, *inter alia*, Jackson's application for Commission review with other previously consolidated applications for Commission review presenting common issues of law and fact and postponing briefing of Jackson's application pending resolution of the already-briefed consolidated applications; issued 6 October 2021

86. Motion by FINRA to consolidate additional proceeding (3-20621) concerning application by individual not at issue in this matter; filed 21 October 2021

87. Motion by FINRA to consolidate additional proceeding (3-20631) concerning application by individual not at issue in this matter; filed 3 November 2021

88.   Commission order consolidating additional proceeding (3-20620) concerning application by individual not at issue in this matter; issued 8 November 2021

89.   Commission order consolidating additional proceeding (3-20621) concerning application by individual not at issue in this matter; issued 19 November 2021

90.   Commission order extending time to issue decision; issued 15 December 2021

91.   Commission order extending time to issue decision; issued 15 March 2022

92.   Motion by FINRA to consolidate proceeding (3-20819) concerning application for Commission review filed by individual not at issue in this matter and to postpone briefing; filed 22 April 2022

93.   Commission order extending time to issue decision; issued 13 June 2022

94.   Notice of substitution of counsel for consolidated applicants; filed 29 June 2022

95.   Commission order extending time to issue decision; issued 12 July 2022

96.   Unopposed motion by consolidated applicant not at issue in this matter (3-19405) to correct the record; filed 21 July 2022

97.   Commission order extending time to issue decision; issued 12 August 2022

98.   Commission order extending time to issue decision; issued 13 September 2022

99.   Notice of appearance of new counsel on behalf of consolidated applicants; issued 30 September 2022

100. Commission order extending time to issue decision; issued 12 October 2022

101. Commission order denying FINRA motion to consolidate proceeding (3-21073) concerning application by individual not at issue in this matter; issued 28 October 2022

102. Commission order extending time to issue decision; issued 14 November 2022

103. Commission order extending time to issue decision; issued 14 December 2022

104. Commission order extending time to issue decision; issued 13 January 2023

105. Commission order extending time to issue decision; issued 13 February 2023

106. Commission order extending time to issue decision; issued 14 March 2023

107. Commission opinion and order dismissing seventeen consolidated applications for Commission review of FINRA arbitration determination and remanding six proceedings; issued 4 April 2023

ADMINISTRATIVE RECORD AS TO PETITIONER BART STEVEN KAPLOW
(Administrative Proceeding File 3-18877; later consolidated with additional Administrative Proceeding Files)

108. Application by Bart Steven Kaplow seeking Securities and Exchange Commission review of FINRA determination denying arbitration forum for expungement of Occurrence Numbers 1145308, 339744, and 1192794 from Kaplow's Central Registration Depository system record; filed 19 October 2018

16

109. Letter from the Commission acknowledging receipt of Kaplow's application for Commission review of FINRA determination; filed 29 October 2018

110. Notice of appearance of counsel on behalf of Kaplow; filed 31 October 2018

111. Certified Record and Index of Kaplow's proceedings before FINRA; filed 8 November 2018 (contents listed below):

   a. Kaplow's statement of claim against Capital Strategies Limited; dated 8 January 2018

   b. Answer of Capital Strategies Limited; dated 12 March 2018

   c. Order of FINRA Office of Dispute Resolution partially denying forum for arbitration; dated 21 September 2018

   d. Kaplow's application for Commission review of FINRA order partially denying forum for arbitration; dated 19 October 2018 (received 25 October 2018)

   e. Letter from the Commission acknowledging receipt of Kaplow's application for Commission review of FINRA determination; dated 29 October 2018

   f. Snapshot of Central Registration Depository system information for Kaplow; dated 30 October 2018

   g. Snapshot of Central Registration Depository system information for Capital Strategies Limited; dated 2 November 2018

   h. Arbitration award in the matter of *E. Marshall Goldberg v. Kaplow and Capital Strategies Limited*, FINRA Arbitration No. 02-00490; dated 16 September 2003

112. Commission order that parties address issue of Commission's jurisdiction under Section 19(d) of the Securities Exchange Act of 1934, and setting briefing schedule; dated 29 November 2018

113. Brief by Kaplow on Commission's jurisdiction; filed 28 January 2019

114. Response brief by FINRA to Kaplow's brief on issue of Commission's jurisdiction; filed 30 January 2019

115. Motion by FINRA seeking to expedite review of application of Bart Steven Kaplow and stay review of proceedings of other pending applications containing common issues of law and fact so that the Commission may determine whether it possesses jurisdiction under Exchange Act Section 19(d); filed 31 January 2019

116. Response by Kaplow to FINRA's motion to expedite review of Kaplow's application and stay review proceedings of other pending applications; filed 5 February 2019

117. Reply brief by Kaplow to FINRA's response regarding Commission's jurisdiction under Section 19(d) of the Exchange Act; filed 13 February 2019

118. Notice of appearance of counsel on behalf of Kaplow; dated 13 February 2019

119. Letter from Deputy Secretary of the Commission to listed counsel for Kaplow seeking confirmation of attorney-client relationship; dated 13 March 2019

120. Response from Kaplow to Deputy Secretary's 13 March 2019 request; dated 27 March 2019

121. Commission order consolidating proceedings (3-18877, 3-18879, 3-18883, 3-18894, 3-18910, 3-18919, 3-18934, 3-18988, 3-19013, 3-19016, 3-19017, 3-19019) involving common issues of law and fact for purposes of a decision on the Commission's jurisdiction based on the

briefing in the proceedings involving Bart Steven Kaplow; issued 4 April 2019

122.    Motion by FINRA to consolidate additional proceedings with the now-consolidated proceedings because they involve common issues of law and fact for purposes of a decision on the Commission's jurisdiction based on the briefing in the proceedings involving Bart Steven Kaplow; filed 11 July 2019

123.    Motion by FINRA to consolidate additional proceedings with the now-consolidated proceedings because they involve common issues of law and fact for purposes of a decision on the Commission's jurisdiction based on the briefing in the proceedings involving Bart Steven Kaplow; filed 23 October 2019

124.    Commission order consolidating six additional proceedings (3-19219, 3-19228, 3-19405, 3-19573, 3-19574, 3-19588) with the now-consolidated proceedings because they involve common issues of law and fact for purposes of a decision on the Commission's jurisdiction based on briefing in the proceedings involving Bart Steven Kaplow; issued 25 November 2019

125.    Motion by FINRA to consolidate proceeding (3-19611) concerning application for Commission review filed by individual not at issue in this matter and to postpone briefing; filed 17 December 2019

126.    Commission order severing proceedings 3-18894 and 3-19019 and refusing to sever proceedings 3-18934 and 3-19013; dated 24 January 2020

127.    Joint waiver of paper service; dated 26 March 2020

128.    Notice of substitution of counsel; dated 26 March 2020

129.    Notice of substitution of counsel; dated 31 March 2020

130. Commission order finding that it possesses jurisdiction over the consolidated applications, ordering that, given the commonality in law and fact between them, the applications will remain consolidated for purpose of resolving the underlying merits, and setting a briefing schedule; issued 6 August 2020

131. Commission order consolidating an additional proceeding (3-19611) regarding application containing common issues of law and fact for resolution on the merits; issued 19 August 2020

132. Notice of substitution of counsel for consolidated applicants; dated 3 September 2020

133. Opening joint brief by consolidated applicants; filed 4 September 2020

134. Supplemental opening brief by consolidated applicant (3-19611) not at issue in this matter; filed 18 September 2020

135. Unopposed motion by FINRA for extension of time to file opposition brief; filed 21 September 2020

136. Commission order granting FINRA motion for extension of time to file opposition brief; issued 21 September 2020

137. Opposition brief to consolidated applicants' opening brief; filed 26 October 2020

138. Unopposed motion by consolidated applicants seeking to extend time to file reply brief in support of their application for review; 4 November 2020

139. Commission order granting unopposed motion by consolidated applicants; issued 5 November 2020

140. Reply brief by consolidated applicants; filed 16 November 2020

141. Commission order severing proceedings (3-19228, 3-19588) concerning applications by individuals not at issue in this matter; issued 9 September 2021

142. Commission order consolidating, *inter alia*, Jackson's application for Commission review with other previously consolidated applications for Commission review presenting common issues of law and fact and postponing briefing of Jackson's application pending resolution of the already-briefed consolidated applications; issued 6 October 2021

143. Motion by FINRA to consolidate additional proceeding (3-20621) concerning application by individual not at issue in this matter; filed 21 October 2021

144. Motion by FINRA to consolidate additional proceeding (3-20631) concerning application by individual not at issue in this matter; filed 3 November 2021

145. Commission order consolidating additional proceeding (3-20620) concerning application by individual not at issue in this matter; issued 8 November 2021

146. Commission order consolidating additional proceeding (3-20621) concerning application by individual not at issue in this matter; issued 19 November 2021

147. Commission order extending time to issue decision; issued 15 December 2021

148. Commission order extending time to issue decision; issued 15 March 2022

149. Motion by FINRA to consolidate proceeding (3-20819) concerning application for Commission review filed by individual not at issue in this matter and to postpone briefing; filed 22 April 2022

150. Commission order extending time to issue decision; issued 13 June 2022

151. Notice of substitution of counsel for consolidated applicants; filed 29 June 2022

152. Commission order extending time to issue decision; issued 12 July 2022

153. Unopposed motion by consolidated applicant not at issue in this matter (3-19405) to correct the record; filed 21 July 2022

154. Commission order extending time to issue decision; issued 12 August 2022

155. Commission order extending time to issue decision; issued 13 September 2022

156. Notice of appearance of new counsel on behalf of consolidated applicants; issued 30 September 2022

157. Commission order extending time to issue decision; issued 12 October 2022

158. Commission order denying FINRA motion to consolidate proceeding (3-21073) concerning application by individual not at issue in this matter; issued 28 October 2022

159. Commission order extending time to issue decision; issued 14 November 2022

160. Commission order extending time to issue decision; issued 14 December 2022

161. Commission order extending time to issue decision; issued 13 January 2023

162. Commission order extending time to issue decision; issued 13 February 2023

163. Commission order extending time to issue decision; issued 14 March 2023

164. Commission opinion and order dismissing seventeen consolidated applications for Commission review of FINRA arbitration determination and remanding six proceedings; issued 4 April 2023

### ADMINISTRATIVE RECORD AS TO PETITIONER JASON HARRY KURCHNER (Administrative Proceeding File 3-20467; later consolidated with Administrative Proceeding File 3-18877)

165. Application by Jason Harry Kurchner, seeking Securities and Exchange Commission review of FINRA determination denying arbitration forum for expungement of Occurrence Number 694221 from Kurchner's Central Registration Depository system record; filed 20 August 2021

166. Notice of appearance of counsel on behalf of Kurchner; filed 20 August 2021

167. Letter from the Commission acknowledging receipt of Kurchner's application for Commission review of FINRA determination; filed 30 August 2021

168. Notice of appearance of counsel on behalf of FINRA; filed 31 August 2021

169. Unopposed motion by FINRA to consolidate, *inter alia*, Kurchner's application for Commission review with other previously consolidated applications for Commission review presenting the same fact pattern and postpone briefing; filed 2 September 2021

170.   Certified Record and Index of Kurchner's proceedings before FINRA; filed 2 September 2021 (contents listed below):

   a.  NASD arbitration award; dated 7 January 2000

   b.  Kurchner's statement of claim against Prime Capital Services, Inc.; dated 25 June 2021

   c.  Order of FINRA Office of Dispute Resolution denying forum for arbitration; dated 2 August 2021

   d.  Kurchner's application for Commission review of FINRA order denying forum for arbitration and notice of appearance; dated 20 August 2021

   e.  Snapshot of Central Registration Depository system information for Kurchner; dated 24 August 2021

   f.  Letter from the Commission acknowledging receipt of Kurchner's application for Commission review of FINRA determination; dated 30 August 2021

   g.  Notice of appearance of counsel on behalf of FINRA; dated 31 August 2021

171.   Commission order consolidating, *inter alia*, Kurchner's application for Commission review with other previously consolidated applications for Commission review presenting common issues of law and fact and postponing briefing of Kurchner's application pending resolution of the already-briefed consolidated applications; issued 6 October 2021

172.   Motion by FINRA to consolidate additional proceeding (3-20621) concerning application by individual not at issue in this matter; filed 21 October 2021

173.   Motion by FINRA to consolidate additional proceeding (3-20631) concerning application by individual not at issue in this matter; filed 3 November 2021

174.   Commission order consolidating additional proceeding (3-20620) concerning application by individual not at issue in this matter; issued 8 November 2021

175.   Commission order consolidating additional proceeding (3-20621) concerning application by individual not at issue in this matter; issued 19 November 2021

176.   Commission order extending time to issue decision; issued 15 March 2022

177.   Motion by FINRA to consolidate proceeding (3-20819) concerning application for Commission review filed by individual not at issue in this matter and to postpone briefing; filed 22 April 2022

178.   Commission order extending time to issue decision; issued 13 June 2022

179.   Notice of substitution of counsel for consolidated applicants; filed 29 June 2022

180.   Commission order extending time to issue decision; issued 12 July 2022

181.   Unopposed motion by consolidated applicant not at issue in this matter (3-19405) to correct the record; filed 21 July 2022

182.   Commission order extending time to issue decision; issued 12 August 2022

183.   Commission order extending time to issue decision; issued 13 September 2022

184.    Notice of appearance of new counsel on behalf of consolidated
        applicants; issued 30 September 2022

185.    Commission order extending time to issue decision; issued 12
        October 2022

186.    Commission order denying FINRA motion to consolidate proceeding
        (3-21073) concerning application by individual not at issue in this
        matter; issued 28 October 2022

187.    Commission order extending time to issue decision; issued 14
        November 2022

188.    Commission order extending time to issue decision; issued 14
        December 2022

189.    Commission order extending time to issue decision; issued 13
        January 2023

190.    Commission order extending time to issue decision; issued 13
        February 2023

191.    Commission order extending time to issue decision; issued 14 March
        2023

192.    Commission opinion and order dismissing seventeen consolidated
        applications for Commission review of FINRA arbitration
        determination and remanding six proceedings; issued 4 April 2023

### ADMINISTRATIVE RECORD AS TO PETITIONER SCOTT SHULMAN
### (Administrative Proceeding File 3-19574; later consolidated with
### Administrative Proceeding File 3-18877)

193.    Application by Scott Shulman, seeking Securities and Exchange
        Commission review of FINRA determination denying arbitration
        forum for expungement of Occurrence Number 694221 from

Shulman's Central Registration Depository system record; filed 2 October 2019

194. Notice of appearance of counsel on behalf of Shulman; filed 2 October 2019

195. Letter from the Commission acknowledging receipt of Shulman's application for Commission review of FINRA determination; filed 4 October 2019

196. Certified Record and Index of Shulman's proceedings before FINRA; filed 15 September 2019 (contents listed below):

    a. Shulman's statement of claim against Prudential Equity Group, LLC; dated 9 September 2019

    b. Order of FINRA Office of Dispute Resolution denying forum for arbitration; dated 25 September 2019

    c. Underlying NASD arbitration award, FINRA Arbitration NO. 94-05445; dated 19 March 1996

    d. Shulman's application for Commission review of FINRA order denying forum for arbitration and notice of appearance; dated 2 October 2019

    e. Snapshot of Central Registration Depository system information for Shulman; dated 3 October 2019

    f. Letter from the Commission acknowledging receipt of Shulman's application for Commission review of FINRA determination; dated 4 October 2019

197. Motion by FINRA to consolidate additional proceedings with the now-consolidated proceedings because they involve common issues of law and fact for purposes of a decision on the Commission's

jurisdiction based on the briefing in the proceedings involving Bart Steven Kaplow; filed 23 October 2019

198.    Commission order consolidating six additional proceedings (3-19219, 3-19228, 3-19405, 3-19573, 3-19574, 3-19588) with the now-consolidated proceedings because they involve common issues of law and fact for purposes of a decision on the Commission's jurisdiction based on briefing in the proceedings involving Bart Steven Kaplow; issued 25 November 2019

199.    Commission order severing proceedings 3-18894 and 3-19019 and refusing to sever proceedings 3-18934 and 3-19013; dated 24 January 2020

200.    Joint waiver of paper service; dated 26 March 2020

201.    Notice of substitution of counsel; dated 26 March 2020

202.    Notice of substitution of counsel; dated 31 March 2020

203.    Commission order finding that it possesses jurisdiction over the consolidated applications, ordering that, given the commonality in law and fact between them, the applications will remain consolidated for purpose of resolving the underlying merits, and setting a briefing schedule; issued 6 August 2020

204.    Commission order consolidating an additional proceeding regarding application containing common issues of law and fact for resolution on the merits; issued 19 August 2020

205.    Notice of substitution of counsel for consolidated applicants; dated 3 September 2020

206.    Opening joint brief by consolidated applicants; filed 4 September 2020

207. Supplemental opening brief by consolidated applicant (3-19611) not at issue in this matter; filed 18 September 2020

208. Unopposed motion by FINRA for extension of time to file opposition brief; filed 21 September 2020

209. Commission order granting FINRA motion for extension of time to file opposition brief; issued 21 September 2020

210. Opposition brief to consolidated applicants' opening brief; filed 26 October 2020

211. Unopposed motion by consolidated applicants seeking to extend time to file reply brief in support of their application for review; 4 November 2020

212. Commission order granting unopposed motion by consolidated applicants; issued 5 November 2020

213. Reply brief by consolidated applicants; filed 16 November 2020

214. Commission order consolidating, *inter alia*, Jackson's application for Commission review with other previously consolidated applications for Commission review presenting common issues of law and fact and postponing briefing of Jackson's application pending resolution of the already-briefed consolidated applications; issued 6 October 2021

215. Motion by FINRA to consolidate additional proceeding (3-20621) concerning application by individual not at issue in this matter; filed 21 October 2021

216. Motion by FINRA to consolidate additional proceeding (3-20631) concerning application by individual not at issue in this matter; filed 3 November 2021

217. Commission order consolidating additional proceeding (3-20620) concerning application by individual not at issue in this matter; issued 8 November 2021

218. Commission order consolidating additional proceeding (3-20621) concerning application by individual not at issue in this matter; issued 19 November 2021

219. Commission order extending time to issue decision; issued 15 December 2021

220. Commission order extending time to issue decision; issued 15 March 2022

221. Motion by FINRA to consolidate proceeding (3-20819) concerning application for Commission review filed by individual not at issue in this matter and to postpone briefing; filed 22 April 2022

222. Commission order extending time to issue decision; issued 13 June 2022

223. Notice of substitution of counsel for consolidated applicants; filed 29 June 2022

224. Commission order extending time to issue decision; issued 12 July 2022

225. Unopposed motion by consolidated applicant not at issue in this matter (3-19405) to correct the record; filed 21 July 2022

226. Commission order extending time to issue decision; issued 12 August 2022

227. Commission order extending time to issue decision; issued 13 September 2022

228. Notice of appearance for new counsel on behalf of consolidated applicants; issued 30 September 2022

229.    Commission order extending time to issue decision; issued 12 October 2022

230.    Commission order denying FINRA motion to consolidate proceeding (3-21073) concerning application by individual not at issue in this matter; issued 28 October 2022

231.    Commission order extending time to issue decision; issued 14 November 2022

232.    Commission order extending time to issue decision; issued 14 December 2022

233.    Commission order extending time to issue decision; issued 13 January 2023

234.    Commission order extending time to issue decision; issued 13 February 2023

235.    Commission order extending time to issue decision; issued 14 March 2023

236.    Commission opinion and order dismissing seventeen consolidated applications for Commission review of FINRA arbitration determination and remanding six proceedings; issued 4 April 2023


**ADMINISTRATIVE RECORD AS TO PETITIONER RONALD ROY WETZEL**
**(Administrative Proceeding File 3-18934; later consolidated with**
**Administrative Proceeding File 3-18877)**

237.    Application by Ronald Roy Wetzel seeking Securities and Exchange Commission review of FINRA determination denying arbitration forum for expungement of Occurrence Numbers 1347459, 1366064, 1475273, and 1789712 from Wetzel's Central Registration Depository system record; filed 17 December 2018

238.  Notice of appearance on behalf of Wetzel; filed 17 December 2018

239.  Letter from the Commission acknowledging receipt of Wetzel's application for Commission review of FINRA determination; filed 18 December 2018

240.  Certified Record and Index of Wetzel's proceedings before FINRA; filed 28 January 2019 (contents listed below):

   a.  Wetzel's statement of claim against Legg Mason Wood Walker Inc., Citigroup Global Markets Inc., and Morgan Stanley; dated 17 September 2018

   b.  Wetzel's submission agreement; dated 17 September 2018

   c.  Answer of Morgan Stanley; dated 7 November 2018

   d.  Morgan Stanley's submission agreement; dated 7 November 2018

   e.  Answer of Citigroup; dated 7 November 2018

   f.  Citigroup's submission agreement; dated 10 November 2018

   g.  Order of FINRA Office of Dispute Resolution denying forum for arbitration; dated 13 November 2018

   h.  Wetzel's application for Commission review of FINRA order denying forum for arbitration; dated 11 December 2018 (received 24 December 2018)

   i.  Letter from the Commission acknowledging receipt of Wetzel's application for Commission review of FINRA determination; dated 18 December 2018

   j.  Email from Alan Lawhead of FINRA regarding service of Wetzel's application for review; dated 19 December 2018

    k.  Snapshot of Central Registration Depository system information for Wetzel; dated 19 December 2018

    l.  Arbitration award in the matter of *James C. Martin v. Ronald Roy Wetzel, et al.*, FINRA Arbitration No. 07-00977; dated 17 March 2009

241.  Motion by FINRA seeking to expedite review of application of Bart Steven Kaplow and stay review of proceedings of other pending applications containing common issues of law and fact so that the Commission may determine whether it possesses jurisdiction under Exchange Act Section 19(d); filed 31 January 2019

242.  Response by Kaplow to FINRA's motion to expedite review of Kaplow's application and stay review proceedings of other pending applications; filed 5 February 2019

243.  Reply brief by Kaplow to FINRA's response regarding Commission's jurisdiction under Section 19(d) of the Exchange Act; filed 13 February 2019

244.  Notice of appearance of counsel for Kaplow; dated 13 February 2019

245.  Letter from Deputy Secretary of the Commission to listed counsel for Kaplow seeking confirmation of attorney-client relationship; dated 13 March 2019

246.  Response from Kaplow to Deputy Secretary's 13 March 2019 request; dated 27 March 2019

247.  Commission order consolidating proceedings (3-18616, 3-18617, 3-18877, 3-18879, 3-18883, 3-18894, 3-18910, 3-18919, 3-18934, 3-18988, 3-19013, 3-19016, 3-19017, 3-19019) involving common issues of law and fact for purposes of a decision on the Commission's jurisdiction based on the briefing in the proceedings involving Bart Steven Kaplow; issued 4 April 2019

248.  Motion by FINRA to consolidate additional proceedings with the now-consolidated proceedings because they involve common issues of law and fact for purposes of a decision on the Commission's jurisdiction based on the briefing in the proceedings involving Bart Steven Kaplow; filed 11 July 2019

249.  Motion by FINRA to consolidate additional proceedings with the now-consolidated proceedings because they involve common issues of law and fact for purposes of a decision on the Commission's jurisdiction based on the briefing in the proceedings involving Bart Steven Kaplow; filed 23 October 2019

250.  Commission order consolidating six additional proceedings (3-19219, 3-19228, 3-19405, 3-19573, 3-19574, 3-19588) with the now-consolidated proceedings because they involve common issues of law and fact for purposes of a decision on the Commission's jurisdiction based on briefing in the proceedings involving Bart Steven Kaplow; issued 25 November 2019

251.  Commission order severing proceedings 3-18894 and 3-19019 and refusing to sever proceedings 3-18934 and 3-19013; dated 24 January 2020

252.  Joint waiver of paper service; dated 26 March 2020

253.  Notice of substitution of counsel; dated 26 March 2020

254.  Notice of substitution of counsel; dated 31 March 2020

255.  Commission order finding that it possesses jurisdiction over the consolidated applications, ordering that, given the commonality in law and fact between them, the applications will remain consolidated for purpose of resolving the underlying merits, and setting a briefing schedule; issued 6 August 2020

256.  Commission order consolidating an additional proceeding regarding application containing common issues of law and fact for resolution on the merits; issued 19 August 2020

257.  Notice of substitution of counsel for consolidated applicants; dated 3 September 2020

258.  Opening joint brief by consolidated applicants; filed 4 September 2020

259.  Supplemental opening brief by consolidated applicant (3-19611) not at issue in this matter; filed 18 September 2020

260.  Unopposed motion by FINRA for extension of time to file opposition brief; filed 21 September 2020

261.  Commission order granting FINRA motion for extension of time to file opposition brief; issued 21 September 2020

262.  Opposition brief to consolidated applicants' opening brief; filed 26 October 2020

263.  Unopposed motion by consolidated applicants seeking to extend time to file reply brief in support of their application for review; 4 November 2020

264.  Commission order granting unopposed motion by consolidated applicants; issued 5 November 2020

265.  Reply brief by consolidated applicants; filed 16 November 2020

266.  Commission order consolidating, *inter alia*, Jackson's application for Commission review with other previously consolidated applications for Commission review presenting common issues of law and fact and postponing briefing of Jackson's application pending resolution of the already-briefed consolidated applications; issued 6 October 2021

267. Motion by FINRA to consolidate additional proceeding (3-20621) concerning application by individual not at issue in this matter; filed 21 October 2021

268. Motion by FINRA to consolidate additional proceeding (3-20631) concerning application by individual not at issue in this matter; filed 3 November 2021

269. Commission order consolidating additional proceeding (3-20620) concerning application by individual not at issue in this matter; issued 8 November 2021

270. Commission order consolidating additional proceeding (3-20621) concerning application by individual not at issue in this matter; issued 19 November 2021

271. Commission order extending time to issue decision; issued 15 December 2021

272. Commission order extending time to issue decision; issued 15 March 2022

273. Motion by FINRA to consolidate proceeding (3-20819) concerning application for Commission review filed by individual not at issue in this matter and to postpone briefing; filed 22 April 2022

274. Commission order extending time to issue decision; issued 13 June 2022

275. Notice of substitution of counsel for consolidated applicants; filed 29 June 2022

276. Commission order extending time to issue decision; issued 12 July 2022

277. Unopposed motion by consolidated applicant not at issue in this matter (3-19405) to correct the record; filed 21 July 2022

278.   Commission order extending time to issue decision; issued 12 August 2022

279.   Commission order extending time to issue decision; issued 13 September 2022

280.   Notice of appearance for new counsel on behalf of consolidated applicants; issued 30 September 2022

281.   Commission order extending time to issue decision; issued 12 October 2022

282.   Commission order denying FINRA motion to consolidate proceeding (3-21073) concerning application by individual not at issue in this matter; issued 28 October 2022

283.   Commission order extending time to issue decision; issued 14 November 2022

284.   Commission order extending time to issue decision; issued 14 December 2022

285.   Commission order extending time to issue decision; issued 13 January 2023

286.   Commission order extending time to issue decision; issued 13 February 2023

287.   Commission order extending time to issue decision; issued 14 March 2023

288.   Commission opinion and order dismissing seventeen consolidated applications for Commission review of FINRA arbitration determination and remanding six proceedings; issued 4 April 2023

For the Commission, by the Secretary, pursuant to delegated authority.

_____/s/ Christina Z. Milnor_____

Christina Z. Milnor
Assistant Secretary

Dated: July 10, 2023

### CERTIFICATE OF SERVICE

I certify that today, July 11, 2023, a copy of the foregoing certificate listing and describing the documents, transcripts of testimony, exhibits and other materials in the administrative record before the Securities and Exchange Commission was filed with the Court's CM/ECF system, thereby effecting service upon the petitioners.

 */s/ Paul G. Álvarez*
PAUL G. ÁLVAREZ
Attorney for Respondent,
Securities and Exchange
Commission